```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 03577
    JACQUELYN C SEELBACH
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7828

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/15/2008 and was confirmed 04/21/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors   10.00%.

      The case was dismissed after confirmation 08/18/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
   AMERICAS SERVICING COMPA NOTICE ONLY    NOT FILED                .00             .00
   CAPITAL ONE              UNSECURED          857.16               .00             .00
   AMERICAS SERVICING COMPA CURRENT MORTG       .00                 .00             .00
   AMERICAS SERVICING COMPA MORTGAGE ARRE       .00                 .00             .00
   TRACE AMBULANCE          UNSECURED       NOT FILED               .00             .00
   CITY OF CHICAGO PARKING  UNSECURED       NOT FILED               .00             .00
   ECAST SETTLEMENT         UNSECURED          648.03               .00             .00
   ST FRANCIS HOSPITAL      UNSECURED       NOT FILED               .00             .00
   RUSH UNIVERSITY MEDICAL  UNSECURED       NOT FILED               .00             .00
   SUPERIOR AIR GROUND AMBU UNSECURED       NOT FILED               .00             .00
   RUSH UNIVERSITY MEDICAL  UNSECURED       NOT FILED               .00             .00
   GREGORY EMERGENCY PHYSIC UNSECURED          394.00               .00             .00
   GREGORY EMERGENCY PHYSIC UNSECURED       NOT FILED               .00             .00
   PORTFOLIO RECOVERY ASSOC UNSECURED         7364.95               .00             .00
   PORTFOLIO RECOVERY ASSOC UNSECURED          921.49               .00             .00
   PORTFOLIO RECOVERY ASSOC UNSECURED         6932.62               .00             .00
   CITY OF CHICAGO WATER DE SECURED            125.00               .00           15.00
   COOK COUNTY TREASURER    SECURED             .00                 .00             .00
   GMAC                     SECURED             .00                 .00             .00
   GMAC                     UNSECURED       NOT FILED               .00             .00
   GMAC MORTGAGE CORPORATIO CURRENT MORTG       .00                 .00             .00
   GMAC MORTGAGE CORPORATIO MORTGAGE ARRE       .00                 .00             .00
   ALEXANDER WARD           NOTICE ONLY    NOT FILED                .00             .00
   ALVIN NATHAN             NOTICE ONLY    NOT FILED                .00             .00
   PORTFOLIO RECOVERY ASSOC UNSECURED         1052.66               .00             .00
   ILLINOIS DEPT OF REVENUE UNSECURED          292.19               .00             .00
   ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,481.50                            389.80
   TOM VAUGHN               TRUSTEE                                               35.20
   DEBTOR REFUND            REFUND                                                  .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                       PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 03577 JACQUELYN C SEELBACH
```

```
                             RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       440.00

PRIORITY                                              .00
SECURED                                             15.00
UNSECURED                                             .00
ADMINISTRATIVE                                      389.80
TRUSTEE COMPENSATION                                 35.20
DEBTOR REFUND                                         .00
                          ---------------     ---------------
TOTALS                        440.00                440.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/19/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 08 B 03577 JACQUELYN C SEELBACH